IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JON PERROTON, | CASE NO. CV-F-04-5171 OWW WMW HC |
| Petitioner, | ORDER ADOPTING FINDINGS AND RECOMMENDATION |
| vs. | RE DISMISSAL OF PETITION AS MOOT |
| PAUL SCHULTZ, Warden, | [Doc. 27] |
| Respondent. | |

Petitioner is a federal prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On August 1, 2006, the Magistrate Judge filed findings and recommendations herein. These findings and recommendations were served on the parties and contained notice to the parties that any objections to the findings and recommendations were to be filed within thirty days. No objections were filed.[1]

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)C) this court has conducted a de novo review of this case. See Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983).

---

[1] The court notes that the copy of the findings and recommendations sent to Petitioner was returned by the United States Postal Service as undeliverable. However, service on a petitioner at his address of record is fully effective. Local Rules 83-182(f).

1

1  Having carefully reviewed the entire file, the court finds the findings and recommendations to be
2  supported by the record and by proper analysis.
3       Based on the foregoing, it is HEREBY ORDERED  that:
4  1.   The findings and recommendations issued by the Magistrate Judge on
5       August 1, 2006, are a adopted in full;
6  2.   The Petition for Writ of Habeas Corpus is dismissed;
7  3.    The Clerk of the Court is directed to enter  judgment for Respondent and to close this case.   IT IS SO ORDERED.
8
   Emm0d6**Dated:   September 23, 2006**          **/s/ Oliver W. Wanger**
9                                          UNITED STATES DISTRICT JUDGE